UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Malik Ellis
AKA Ellis Malik

*(In the space above enter the full name(s) of the plaintiff(s).)*

RECEIVED
SDNY PRO SE OFFICE
2016 FEB -1 AM 9:14

-against-

City of New York
CO. Prego 3613
Cpt. Tavai 534
CO. Brown 4430

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

**16 CV 0702**

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  Anthony Malik Ellis
ID #  8951400742
Current Institution  Otis Bantum Correctional Center
Address  16-00 Hazen Street
East Elmhurst NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  Co. Prego  Shield # 3613
Where Currently Employed  GRVC
Address  09-09 Hazen Street
East Elmhurst NY 11370

*Rev. 05/2010*                                              1

Defendant No. 2   Name __Co Brown__ Shield # __4430__
                  Where Currently Employed __GRVC__
                  Address __09-09 Hazen Street__
                  __East Elmhurst NY 11370__

Defendant No. 3   Name __C~~o Ford~~__ Shield # _____
                  Where Currently Employed __GRVC__
                  Address __09-09 Hazen Street__
                  __East Elmhurst NY 11370__

Defendant No. 4   Name __Captain Tawki__ Shield # __534__
                  Where Currently Employed __GRVC__
                  Address __09-09 Hazen Street__
                  __East Elmhurst NY 11370__

Defendant No. 5   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
__GRVC Rikers Island__

B.   Where in the institution did the events giving rise to your claim(s) occur?
__In the Housing Area and Rec cages__

C.   What date and approximate time did the events giving rise to your claim(s) occur?
__from the Date of the 21st through the 29th of September 2015__

D. Facts: *See attached*

[Side labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

[The facts section is crossed out with large diagonal strikethroughs.]

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I recieved cramping and suffering from not being allowed to exersise after becoming accustomed to exersise. No medical treatment for my hand getting slammed in the slot and mental anguish from being told I have a little penis

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

1. On the date and approximate time of September 21st at 7:20 am while being escorted through the A and b gates by the Rec escort in the RHU at GRVC, I was approached by CO Brown.

2. At this time CO Brown put her hands on my neck and lead me into the staircase to where no camera was on me, and asked me "You out ya cell now, let me see this dick you been telling every one to suck". She then grabbed my genitals and told me "Huh, and it's not even big enough for me to suck it."

3. Officer Brown then walked away from me and went in the bubble. Then after coming back from Rec officer Prego told me that I would not be allowed to participate in the 1 hour Rec affordable to all inmates for 7 days in retaliation for an incident that occurred on that day in the Rec area.

4. The Next Day While Waiting for Recreation to be called. The Rec officer on duty said that I was on Rec Restriction for 7 Days Per CO. Prego. I then Asked where is he and he told me "he is not there. But Captain Tawak put a Note in the book also.

5. I asked Captain TAWAI Some Days later And she told me it is common practice that you loose 7 Days of Recreation if you have an Incident in the Recreation Area.

6. I then Asked to speak to the Dept warden of the facility area and she told me to wait. I never got to speak to a Dept warden And I ~~Never~~ got Rec on no day after until 8 days past.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

  Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

  Yes ✓   No ___   Do Not Know ___

  If YES, which claim(s)? __Not being allowed Rec or Medical treatm__

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

  Yes ✓   No ___

  If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

  Yes ✓   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?  __at OBCC-IGRC__

  1. Which claim(s) in this complaint did you grieve? __all__

  2. What was the result, if any? __It's was ruled a moot issue, and some of the claims were non-grievable__

  3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. __I appealed never Recieved an answer.__

F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here: _____
  _____
  _____

  2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____
_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like monetary damages for my hand getting slammed in the slot and for being Prejudedly Rec. for seven to 8 days and being sexually harrassed by CO Brown. (Ie) Punitive Damages, Compensatory Damages) and injustive Relief that It be written that Rec captains can not Refuse the hour of Rec for 8 days because of an inmates behavior at Rec when that Inmate is locked down in a punitive segregation program.

VI. **Previous lawsuits:**

<div style="border:1px solid">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ~~✓~~  No ✓

Rev. 05/2010  5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ✓ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff Anthony Malik Ellis

Defendants New York City et al

2. Court (if federal court, name the district; if state court, name the county) Southern District of New York

3. Docket or Index number 15CV4121

4. Name of Judge assigned to your case Alison J Nathan

5. Approximate date of filing lawsuit 5/25/15

6. Is the case still pending? Yes ✓ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) No result to date.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20__.

                         Signature of Plaintiff  _Anthony Medell_

                         Inmate Number  _8951400742_

                         Institution Address  _OBCC_
_16-00 Hazen Street_
_East Elmhurst NY 11370_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

---

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                         Signature of Plaintiff: _Anthony Medell_

