UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Anthony Malik Ellis AKA Ellis Malik__
__B&C# 8951400742__
__NYSID # 01771160R__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__City of New York__
__CO Brown 4430__
__CO Prego 3613__
__~~Captain~~__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**RECEIVED**
**SDNY PRO SE OFFICE**
**2016 APR -5  AM 10: 22**

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes   ☐ No
(check one)

__16__ Civ. __702__ (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: __4/5/16__

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name __Anthony "Malik Ellis"__
ID# __8951400742__
Current Institution __NIC__
Address __15-05 Hazen Street__
__East Elmhurst NY 11370__

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name __Brown__   Shield # __4430__
Where Currently Employed __GRVC__
Address __09-09 Hazen Street__
__East Elmhurst NY 11370__

*Rev. 01/2010*                                                     1

Defendant No. 2   Name _Prego_____   Shield # _3613_
              Where Currently Employed _GRVC_____
              Address _09-09 Hazen Street_____
              _East Elmhurst, NY 11370_____

Defendant No. 3   Name _____ Shield # _____
              Where Currently Employed _____
              Address _____

<div style="margin-left:0">**Who did what?**</div>

Defendant No. 4   Name _____ Shield # _____
              Where Currently Employed _____
              Address _____

Defendant No. 5   Name _____ Shield # _____
              Where Currently Employed _____
              Address _____

## II. Statement of Claim:

State as briefly as possible the **facts** of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
   _GRVC_____

B. Where in the institution did the events giving rise to your claim(s) occur?
   _In my cell and in the vestibule of 13 Building_

C. What date and approximate time did the events giving rise to your claim(s) occur?
   _ON the 20th and 21st of September._

D. Facts: _See Attached_____

**What happened to you?**

1. On the date of 9/21/15 at approximately 8:30 CO Prego shield 3613 came to my cell and told me that today at Rec instead of going to the 3 point search area, he would conduct the search in my cell. He requested that I strip in my cell I complied.

2. An unidentified officer came to my cell and asked "Why are you naked in your cell?" I responded "Prego just told me to strip ask him I'm just following instructions to go out."

3. When he told Prego what I said By that time I was placing my hands in the feeding slot so I could be cuffed and transported to Rec. Officer Prego slammed my hand in the slot and told the officer "He's dead he is not going to Rec for a week."

4. I told the Captain who was walking and the Captain told me I would be seen by medical and I was never seen by medical staff.

5. The next day while being escorted to Rec by an unidentified officer at 7:30 am I was approached by CO Brown who grabbed me by my neck and pulled me into an area with no camera view. She grabbed me while in the area in front of the control bubble, and pulled me to the stairwell, out of range of any security

cameras.

6. She then Grabbed my Genitals and said "I want to see this Dick you keep telling everybody to suck" She the fondled my Genitals and said "Huh, Its Not even Big enough for me to suck it."

7. I am suing for the Sexual misconduct of officer Brown, And the Injury caused By officer Prego to my Thumb which caused me Six months of Pain in my Thumb, and I'm suing the City for Not giving me proper medical treatment for my Thumb.

Was anyone else involved?

Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I Recieved An Injury to my Left thumb which Resulted in my hand having Arthritis. I Recieved an ex-Ray of my thumb and my Left thumb in January and my left thumb was NOt Normal and I experience pain to date. Also I Recieved mental anguish from Being sexually harrassed and told my penis is Too small to be Sucked. I am Suffering pain and suffering and mental anguish

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

GRVC

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ✓

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? I filed a grievence in GRVC And In OBCC

1. Which claim(s) in this complaint did you grieve?

All

2. What was the result, if any? I Never recieved a Response Back from the Grievence Resolution committee on the Issues Stated above.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I Re Submitted the Grievences But I got No Response on Them.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

*Rev. 01/2010*                               4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I filed two grievences, one on Prego and one on Brown Due to the fact that I left the RHU Housing unit on the 30 of September I believe my Grievence's Never got answered. Because I Never Recieved any Answer.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am Requesting monetary Damages in an amount to be determined at the end of this suit, for Sexual Harrassment and Pain and Suffering and Mental Aguish, for the Conduct of CO Brown and the officer Prego Slamming my Hand in The Slot and injuring my Thumb. And mental Anguish for the emotional scars/of the actions of Both officers.

~~[scribbled out lines]~~

**VI.** **Previous lawsuits:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1. Parties to the previous lawsuit:

  Plaintiff _____
  Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____

  3. Docket or Index number _____
  4. Name of Judge assigned to your case _____
  5. Approximate date of filing lawsuit _____
  6. Is the case still pending? Yes ____ No ____
     If NO, give the approximate date of disposition _____
  7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[items 1–7 crossed out with N/A]

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1. Parties to the previous lawsuit:        See Attached

  Plaintiff _____
  Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____

  3. Docket or Index number _____
  4. Name of Judge assigned to your case _____
  5. Approximate date of filing lawsuit _____

*Rev. 01/2010*                    6

D. 1. (A) Anthony Malik Ellis v City of New York et al
15 CV 09457 (RA)
(B) Anthony Malik Ellis v City of New York et al
15 CV 04121 (AJN)(HBP)
(C) Anthony Malik Ellis v City of New York et al
15 CV 09530 (CM)
(D) Anthony Malik Ellis v City of New York et al
15 CV 09475 (FM)
(E) Anthony Malik Ellis v City of New York et al
15 CV 09531 (PGG)
(F) Anthony Malik Ellis v Saint Pierre Shield# 1389 et al
15 CV 09845 (UA)   * *

2. Federal District Court Southern District of New York

3. Stated above.

4. Stated above.

5. November, October, and May 2015

6. Yes

7. Still waiting on Dispositions

* *(G) Anthony Malik Ellis v City of New York et al
16 CV 00702 (UA)

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 23 day of March, 2016.

Signature of Plaintiff  _Anthony M. Ellis_

Inmate Number  8951400742

Institution Address  NIC
15-15 Hazen Street
East Elmhurst NY 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

*Rev. 01/2010*                                                              7

Malik
00742
Hazen Street
Elmhurst, NY 11370

*Legal Mail*

United States District Court
Southern District ~~Court~~ of New York
Pro Se Office Rm 230
500 Pearl Street

*Legal Mail*

NEW YORK NY 100
08 APR 2016 PM 9 L

USM P3
SDNY

*Legal Mail*